AO 455(Rev. 5/85) Waiver of Indictment


FILED

MAR 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JUAN CARLOS ~~CHAVEZ-PORTILLO~~<br>Majalca - Chavez | CASE NUMBER: 08CR0817-W |

I, <u>JUAN CARLOS CHAVEZ-PORTILLO</u>, the above named defendant, who is accused

of committing the following offense:

 Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);  Title 8, U.S.C.,
 Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on __3/20/2008__ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

            *Juan Carlos Majalca Chávez*
            Defendant

            *[signature]*
            Counsel for Defendant

Before __[signature]__
    JUDICIAL OFFICER